1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

6 Attorneys for Defendant Mr. Gonzalez-Gonzalez

8                      UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.  08mj0635 |
| 12         Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **JOSE CESAR GONZALEZ-GONZALEZ**, | ) | |
| 15         Defendant. | ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Erica K. Zunkle, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19 above-captioned case.

20                                              Respectfully submitted,

21 Dated: March 4, 2008                          *s/ Erica K. Zunkle*
                                                 Federal Defenders of San Diego, Inc.
22                                               Attorneys for Defendant
                                                 erica_zunkle@fd.org