**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Mr. Gonzalez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JOSE CESAR GONZALEZ-GONZALEZ**, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj0635 <br><br> **PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
Efile.dkt.gc2@usdoj.gov

Dated: March 4, 2008            _s/ Erica Zunkel_
                                ERICA ZUNKEL
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                e-mail: erica_zunkel@fd.org